BRYANT v. KELLY

No. 3 PC.

Case below: 10 N.C. App. 208.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 3 March 1971.


CREASMAN v. SAVINGS & LOAN ASSOC.

No. 63 PC.

Case below: 10 N.C. App. 182.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 3 March 1971.


GORE v. GEORGE J. BALL, INC.

No. 8 PC.

Case below: 10 N.C. App. 310.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 3 March 1971.


LATHAM v. TAYLOR

No. 4 PC.

Case below: 10 N.C. App. 268.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 March 1971.


SLADE v. BOARD OF EDUCATION

No. 11 PC.

Case below: 10 N.C. App. 287.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 March 1971.